UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MITCHELL MIRAGLIA | CIVIL ACTION |
| VERSUS | NO: 15-4947 |
| BOARD OF DIRECTORS OF THE LOUISIANA STATE MUSEUM, et al | SECTION: A |

## JUDGMENT

For the written reasons of the Court entered herein,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of the plaintiff, Mitchell Miraglia in the amount of $500.00, and against defendants, the Board of Supervisors of the Louisiana State Museum and Robert E. Wheat in his official capacity as Deputy Director.

New Orleans, Louisiana, this 15th day of September 2017.

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE