IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 17-30834
_____

D.C. Docket No. 2:15-CV-4947

United States Court of Appeals
Fifth Circuit

**FILED**
August 24, 2018

Lyle W. Cayce
Clerk

MITCHELL MIRAGLIA, An Individual,

    Plaintiff - Appellee Cross-Appellant

v.

BOARD OF SUPERVISORS OF THE LOUISIANA STATE MUSEUM, Incorrectly named as Board of Directors of the Louisiana State Museum; ROBERT WHEAT, in his official capacity as Deputy Director,

    Defendants - Appellants Cross-Appellees

Appeals from the United States District Court for the
Eastern District of Louisiana

Before DAVIS, HAYNES, and DUNCAN, Circuit Judges.

J U D G M E N T

    This cause was considered on the record on appeal and was argued by counsel.

    It is ordered and adjudged that the judgment of the District Court is dismissed as moot, reversed in part and rendered and affirmed in part.

    IT IS FURTHER ORDERED that defendants-appellants cross-appellees pay to plaintiff-appellee cross-appellant the costs on appeal to be taxed by the Clerk of this Court.

**Certified as a true copy and issued
as the mandate on Oct 09, 2018**