UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MITCHELL MIRAGLIA<br>an individual<br><br>            Plaintiff<br>VERSUS<br><br><br>THE BOARD OF DIRECTORS OF THE<br>LOUISIANA STATE MUSEUM, ET AL.<br><br>            Defendants | *<br>*<br>*<br>*<br>*  CIVIL ACTION NO. 2:15-cv-04947-JCZ-MBN<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

*********************************************************************

## ACKNOWLEDGMENT OF RECEIPT OF FUNDS

The undersigned, Andrew D. Bizer, was the attorney of record who handled the plaintiff's case against the defendants and has full authority to execute this Acknowledgement of Receipt of Funds.

I, the undersigned, hereby certify that I have this day received payment in the amount of $35,946.89 from Board of Directors of the Louisiana State Museum and Robert Wheat in his official capacity as chief executive of the Louisiana State Museum in compliance with the October 9, 2018 mandate of the United States Fifth Circuit Court of Appeals (Doc. 152), with Board of Directors of the Louisiana State Museum and Robert Wheat in his official capacity as chief executive of the Louisiana State Museum specifically reserving, and expressly not waiving, their right to petition the United States Supreme Court for a writ of certiorari regarding the United States Fifth Circuit Court of Appeals' ruling and mandate

New Orleans, Louisiana, this 19th day of November, 2018.

Respectfully Submitted,

**BIZER & DEREUS**

_____
Andrew D. Bizer (LA # 30396)
Garret S. DeReus (LA # 35105)
3319 St. Claude Ave.
New Orleans, LA 70117
T: 504-619-9999; F: 504-948-9996

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record, either electronically or by placing same in the U.S. Mail, postage prepaid, or by Electronic Notice, this 19th day of November, 2018.

                                                _s/Christopher Moody_
                                                 Christopher Moody