UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MITCHELL MIRAGLIA<br>an individual<br><br>                    Plaintiff<br>VERSUS<br><br><br>THE BOARD OF DIRECTORS OF THE<br>LOUISIANA STATE MUSEUM, ET AL.<br><br>                    Defendants | *<br>*<br>*<br>*<br>* CIVIL ACTION NO. 2:15-cv-04947-JCZ-MBN<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

*************************************************************************

## SATISFACTION OF JUDGMENTS

The undersigned, Andrew D. Bizer, was the attorney of record who handled the plaintiff's case against the defendants and has full authority to execute this Satisfaction of Judgments and hereby directs the Clerk of Court of the United States District Court for the Eastern District of Louisiana to mark the Judgments in this matter as satisfied.

I, the undersigned, hereby certify that both the October 9, 2018 mandate of the United States Fifth Circuit Court of Appeals (Doc. 152) and the judgment rendered by this Honorable Court in the above numbered and entitled cause on November 19, 2018 (Doc. 154) have been fully satisfied by payment on November 19, 2018 in the amount of $35,946.89 from Board of Directors of the Louisiana State Museum and Robert Wheat in his official capacity as chief executive of the Louisiana State Museum in compliance with the October 9, 2018 mandate of the United States Fifth Circuit Court of Appeals and payment on this date in the amount of $6000.00 from Board of Directors of the Louisiana State Museum and Robert Wheat in his official capacity as chief executive of the Louisiana State Museum in compliance with the judgment

rendered by this Honorable Court in the above numbered and entitled cause on November 19, 2018.

New Orleans, Louisiana, this ___4___ day of December, 2018.

Respectfully Submitted,

**BIZER & DEREUS**

_____
Andrew D. Bizer (LA # 30396)
Garret S. DeReus (LA # 35105)
3319 St. Claude Ave.
New Orleans, LA 70117
T: 504-619-9999; F: 504-948-9996

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record, either electronically or by placing same in the U.S. Mail, postage prepaid, or by Electronic Notice, this ___5th___ day of December, 2018.

_s/Christopher Moody_
Christopher Moody